ELECTRIC FIREPROOFING COMPANY, Respondent, *v.* R. WILSON SMITH et al., Appellants.

(Submitted November 9, 1908; decided November 17, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 585.)

---

GEORGE HALL, Respondent, *v.* THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.

*Hall* v. *N. Y., Chicago & St. Louis R. R. Co.,* 119 App. Div. 919, affirmed.

(Argued October 16, 1908; decided November 24, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 28, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Evan Hollister* for appellant.

*Nelson J. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Dissenting: GRAY and HISCOCK, JJ.